STATE v. GOINS

No. 224P98

Case below: 129 N.C.App. 431

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

STATE v. HAYES

No. 311PA98

Case below: 130 N.C.App. 154

Motion by Attorney General for temporary stay denied 7 August 1998. Petition by Attorney General for writ of supersedeas allowed 30 September 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 30 September 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 30 September 1998. Motion by Attorney General to dismiss Appeal denied 30 September 1998.

STATE v. HILL

No. 233A91-4

Case below: Buncombe County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Buncombe County denied 7 August 1998. Motion by defendant (Hill) for summary reversal denied 7 August 1998.

STATE v. HOLYFIELD

No. 302P98

Case below: 130 N.C.App. 342

Motion by Attorney General for temporary stay allowed 3 August 1998. Petition by Attorney General for writ of supersedeas denied and stay dissolved 8 October 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998. Motion by Attorney General to dismiss appeal allowed 8 October 1998.